586

No. 321. ASCHENBACH v. SULLIVAN MINING Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James A. Williams* for petitioner. *Mr. Frank T. Post* for respondent.

No. 322. HUBER HOGE, INC. v. SMITH & WESSON, INC. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Alfred Bennett* and *Powell Crichton* for petitioner. *Mr. Robert C. Cooley* for respondent.

No. 325. RICHARDSON v. LOUISVILLE & NASHVILLE R. Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ike W. Crabtree* for petitioner. *Messrs. John B. Keeble* and *Henry J. Livingston* for respondent.

No. 327. BLACKMORE INVESTMENT Co. v. JOHNSON ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Grove J. Fink* for petitioner. *Mr. Albert H. Elliot* for respondents.

No. 328. CLINE ET AL. v. COSDEN. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. R. L. Davidson, W. I. Williams,* and *Nathan Newby* for petitioners. *Messrs. James C. Denton* and *Henry M. Gray* for respondent.